WRIGHT, Respondent, v. MARTIN et al., Appellants.

(Supreme Court, General Term, Fifth Department. June 23, 1893.)

Action by Frank D. Wright against George Martin and another.
No opinion. Motion to dismiss appeal and for judgment on account of non-service of printed papers denied.

---

DALE et al., Respondents, v. GILBERT, Sheriff, Appellant.

(Supreme Court, General Term, Fifth Department. October 20, 1893.)

Action by Henry Dale and others against Frank T. Gilbert, as sheriff, etc.
No opinion. Order appealed from affirmed, with $10 costs and disbursements. Lewis, J., not sitting. See 3 N. Y. Supp. 958, mem.; 12 N. Y. Supp. 370.

---

GARTER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant.

(Supreme Court, General Term, Fifth Department. October 20, 1893.)

Action by Jonas Garter against the New York Central & Hudson River Railroad Company.
No opinion. Judgment and order appealed from affirmed, on the authority of Garter v. Same, 138 N. Y. 672, 34 N. E. Rep. 515. Lewis, J., not sitting.

---

GRAY, Respondent, v. TOWN OF CANEADEA, Appellant.

(Supreme Court, General Term, Fifth Department. October 20, 1893.)

Action by Farley W. Gray, as administrator, etc., against the town of Caneadea.
No opinion. Interlocutory judgment appealed from affirmed, with costs, but with leave to withdraw demurrer and answer over within 20 days on payment of the costs of the demurrer and of this appeal.

---

HARTER, Respondent, v. TOWN OF MORAVIA, Appellant.

(Supreme Court, General Term, Fifth Department. October 20, 1893.)

Action by Madge M. Harter against the town of Moravia.
No opinion. Order appealed from affirmed, with costs.

---

HETZLER, Appellant, v. HODGSON, Sheriff, Respondent.

(Supreme Court, General Term, Fifth Department. October 20, 1893.)

Action by William A. Hetzler against Thomas C. Hodgson, as sheriff, etc.
No opinion. Judgment and order appealed from affirmed.